IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEGAN D., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MICHELLE KING,[1] | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 24-1807 |

## ORDER

**AND NOW**, this 7th day of February 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) explicitly and properly consider whether Dr. Heckman's opinions are entitled to controlling weight; if so, Plaintiff is disabled; and (b) review the record governing the alleged closed period of disability and explicitly calculate the length and instances of symptom exacerbation and consider whether, for those periods, Plaintiff's testimony is sufficiently supported to be accepted.

**BY THE COURT**:

　　　/s/ Carol Sandra Moore Wells　　　
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Michelle King became Acting Commissioner of the Social Security Administration on January 21, 2025. Pursuant to Fed. R. Civ. P. 25(d), Ms. King is substituted as Defendant in this suit. According to the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this suit.